UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JUL 27 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BRIMSTONE NATURAL RESOURCES CO., an Oregon Corporation; ROBERT STUMBO; JOHN WEST, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> DAVID HAIGHT, individually and in his official capacity, <br><br> Defendant-Appellee, <br><br> STEPHEN WETMORE, individually and in his official capacity; DOUGLAS THACKERY, individually and in his official capacity; OREGON DEPARTMENT OF FORESTRY, a government agency; PETER DAUGHERTY, State Forester, Oregon Department of Forestry, in his official capacity; OREGON DEPARTMENT OF ENVIRONMENTAL QUALITY; RICHARD WHITMAN, Director of the Oregon Department of Environmental Quality, in his official capacity; OREGON DEPARTMENT OF FISH AND WILDLIFE, a government agency; CURT MELCHER, Director of the Oregon Department of Fish and Wildlife, in his official capacity; OREGON DEPARTMENT OF STATE LANDS; LAUREN BROWN; VICKI WALKER, <br><br> Defendants-Appellees, | No. 22-35187 <br><br> D.C. No. 1:18-cv-01740-CL District of Oregon, Medford <br><br> ORDER |

|  |
|---|
| and<br><br>DOES, 1-10, individually and/or in their official capacities,<br><br>     Defendant. |

Before: MURGUIA, Chief Judge, and FORREST and SUNG, Circuit Judges.

 The panel has unanimously voted to deny the petition for panel rehearing.

The petition for panel rehearing is **DENIED.**